AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>CONTENTS OF THE GOOGLE ACCOUNTS MORE PARTICULARLY DESCRIBED IN THE AFFIDAVIT OF TFO JAMES JACKSON DATED APRIL 10, 2023 | )<br>)<br>)   Case No.  2:23-cr-298<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Attachment A to the affidavit of TFO James Jackson dated April 10, 2023

located in the _____ District of ___South Carolina___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the affidavit of TFO James Jackson dated April 10, 2023

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1343 | Wire Fraud |

The application is based on these facts:
See attached affidavit of the affidavit of TFO James Jackson dated April 10, 2023

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ James Jackson*
Applicant's signature

TFO James Jackson
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone *(specify reliable electronic means)*.

Date: 04/10/2023

*/s/ Mary Gordon Baker*
Judge's signature

City and state: Charleston, South Carolina        The Honorable Mary Gordon Baker
                                                  Printed name and title